| | |
|---|---|
| RICHARD JOSE DUPREE, Jr.,<br><br>Plaintiff,<br><br>v.<br><br>J. LYNCH, et al.,<br><br>Defendants. | No. 2:21-cv-0859 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

By order dated May 17, 2021 plaintiff was ordered to file a motion to proceed in forma pauperis or pay the filing fee within thirty days. (ECF No. 3.) Those thirty days have passed, and plaintiff has not filed an in forma pauperis application, paid the filing fee, requested additional time to do so, or otherwise responded to the court's order. Plaintiff was advised that failure to comply with that order would result in a recommendation that this action be dismissed. Accordingly, the court will recommend that this action be dismissed for failure to prosecute and failure to comply with court orders. See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

////
////
////
////

1

For the reasons set forth above, the Clerk of the Court is ORDERED to randomly assign this action to a district judge.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 6, 2021

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/dupr0859.f&r.dism